IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., dba INTERMOUNTAIN MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD OF OHIO and AMERICAN BLUE RIBBON HOLDINGS dba VILLAGE INN, COMPANY,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER DENYING STIPULATED MOTION TO EXTEND RESPONSE DATE (ECF NO. 15)**<br><br><br><br>Case No. 2:15-cv-00690-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Defendants Anthem Blue Cross and Blue Shield of Ohio and American Blue Ribbon Holdings d/b/a Village Inn, Company, along with Plaintiff IHC Health Services d/b/a Intermountain Medical Center jointly move the Court for an additional twenty-one (21) days beyond the current response date of February 8, 2016, or until February 29, 2016, for Defendants to respond to Plaintiff's Amended Complaint.  (ECF No. 15.)  Because the parties fail to provide good cause for the extension, the Court hereby DENIES the Motion without prejudice pursuant to Federal Rule of Civil Procedure 6.  Fed. R. Civ. P. 6(b)(1).

DATED this 9th day of February, 2016.

BY THE COURT:

_Evelyn J. Furse_
EVELYN J. FURSE
United States Magistrate Judge